**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _26-MJ-6414-Shaw-Wilder_

**UNITED STATES OF AMERICA**

**v.**

**JESUS GUILLERMO RIVAS DIAZ,**

**Defendant.**

_____/

```
FILED BY_____YH_____D.C.

Jul 24, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL
```

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  _/s/ Vanessa Terrades_
Vanessa Terrades
Special Assistant United States Attorney
FL Bar No. 1010464
500 E Broward Blvd.
Fort Lauderdale, FL 33394
Tel. No. (954) 660-5146
E-mail: Vanessa.Terrades@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America, | ) | |
| v. | ) | |
| Jesus Guillermo Rivas Diaz, | ) | Case No.   26-MJ-6414-Shaw-Wilder |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED BY_____YH_____D.C.

**Jul 24, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 16, 2026_____ in the county of _____Broward_____ in the
_____Southern_____ District of ____Florida and elsewhere____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(5)(A). | Alien in Possession of a Firearm |
| Title 18, United States Code, Section 1546(a). | Fraud and Misuse of Visas, Permits, and Other Documents |

This Criminal Complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Martinez, Deportation Officer
_____
*Printed name and title*

Sworn to before me via FaceTime.

Date: ____7/24/2026____

_____
*Judge's signature*

City and state: ____Fort Lauderdale, Florida____          Hon. Judge Detra Shaw-Wilder, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alexander Martinez, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a federal law enforcement officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and have been since September 2015.  Prior to assuming this position, I was a Border Patrol Agent with the United States Border Patrol (USBP) since August 2010. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act (INA), and other federal criminal offenses contained in Titles 8 and 18 of the United States Code.  During my fifteen years of law enforcement experience, I have participated in numerous criminal and administrative immigration-related investigations.  I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7).

2.      This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint and Arrest Warrant against Jesus Guillermo Rivas Diaz ("RIVAS DIAZ") (year of birth: 1979), for Alien in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A), and Fraud and Misuse of Visas, Permits, and Other Documents, in violation of Title 18, United States Code, Section 1546(a).

3.      The statements in this Affidavit are based on my personal knowledge, information provided to me by other law enforcement officers and support personnel, and my review of the evidence. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the requested Criminal Complaint and Arrest Warrant, it does not include every fact known to law enforcement.

**PROBABLE CAUSE**

4.      Based on my review of United States immigration records maintained by DHS, I am aware that RIVAS DIAZ is not a citizen or national of the United States.  RIVAS DIAZ is a native and citizen of Venezuela by birth. On or about April 4, 2023, RIVAS DIAZ entered the United States without being inspected, admitted or paroled.

5.      On or about March 16, 2026, the Fort Lauderdale Police Department responded to a disturbance at ▮▮▮▮▮▮▮▮ Fort Lauderdale, Florida. Upon arrival, officers contacted the reporting person, who provided video evidence showing RIVAS DIAZ firing a gunshot into the air when the reporting person's residence was occupied. The video depicted RIVAS DIAZ placing the firearm into a backpack, which the reporting person indicated belonged to RIVAS DIAZ. Officers subsequently contacted RIVAS DIAZ inside the residence with the bag on his person. A search incident to arrest revealed a firearm inside the bag, and a Venezuelan identity card bearing the name "Jesus Guillermo Rivas Diaz," a United States Permanent Resident card, later determined to be fraudulent, bearing the name "Jesus Micolta" and a USCIS number belonging to a female, Mexican national. RIVAS DIAZ was placed in handcuffs and transported in a marked patrol vehicle. While in the patrol car, he spontaneously stated he was the owner of the firearm.

6.      On or about March 17, 2026, ICE ERO Miami Secure Communities Interoperability Response Center (IRC) encountered RIVAS DIAZ at Broward County Jail (BCJ) in Fort Lauderdale, Florida. ICE issued an Immigration Detainer, Form I-247. RIVAS DIAZ's biometrics run through the Automated Biometric Identification System (IDENT) and Next Generation Identification (NGI) confirmed his identity, Alien Number ▮▮▮▮ 314, Venezuelan citizenship, and associated him to FBI number ▮▮▮▮▮▮.

7.      I reviewed immigration documents contained in RIVAS DIAZ's Alien File (A-File), including biographical information, records of encounters, photographs, and fingerprints.  The A-File reflected the following:

  a. On or about April 4, 2023, United States Border Patrol (USBP) encountered RIVAS DIAZ near San Luis, Arizona after he entered the United States without being inspected and admitted or paroled. USBP processed RIVAS DIAZ, issued him a Notice to Appear (NTA) and placed him in removal proceedings.

  b. On July 20, 2023, RIVAS DIAZ appeared in immigration court before an immigration judge.

  c. On April 12, 2024, an immigration judge issued RIVAS DIAZ a final order of removal. RIVAS DIAZ filed no applications for relief from removal.

8.      Further investigation revealed that the USCIS number on the Permanent Resident card RIVAS DIAZ possessed was issued to a female Mexican national.

9.      Based on RIVAS DIAZ's physical presence in the United States, the absence of any record indicating lawful entry, and that he possessed a fraudulent Permanent Resident card bearing a different name than his and a USCIS number not issued to him, ICE has probable cause to believe that RIVAS DIAZ is in violation of Title 18, United States Code, Section 922(g)(5)(A)—Alien in Possession of a Firearm, and Title 18, United States Code, Section 1546(a)—Fraud and Misuse of Visas, Permits, and Other Documents.

[SPACE INTENTIONALLY LEFT BLANK]

**CONCLUSION**

Based on the foregoing facts, I respectfully submit that probable cause exists to charge

RIVAS DIAZ with violating Title 18, United States Code, Sections 922(g)(5)(A) and 1546(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully Submitted,

_____

Alexander Martinez
Deportation Officer
U.S. Immigration and Customs Enforcement

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by FaceTime
on this ___24th___ day of July 2026.

_____

HONORABLE DETRA SHAW-WILDER
UNITED STATES MAGISTRATE JUDGE